384 A.2d 239

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Stephen N. HERMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued March 7, 1978.

Decided April 7, 1978.

Stanton D. Levenson, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Asst. Dist. Atty., Leo. Dillon, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.